**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **PHYLLIS HOLLINGSWORTH,** | : | |
| | : | |
| **Plaintiff,** | : | Case No. 04-CV-998 |
| | : | |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | **Magistrate Judge Mark Abel** |
| **LONG TERM DISABILITY PLAN** | : | |
| **FOR EMPLOYEES OF** | : | |
| **HUNTINGTON BANC SHARES,** | : | |
| | : | |
| **Defendant.** | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

   IT IS ORDERED AND ADJUDGED That the Court **GRANTS** Plaintiff's Motion to Modify, ORDERS Unum to pay a retroactive disability award of $39,368.21 and ORDERS Unum to pay $17,500 in attorneys' fees. This action is hereby DISMISSED.

Date: **April 21, 2008**         **James Bonini, Clerk**


                              s/Betty L. Clark
                        Betty L. Clark/Deputy Clerk